■ In the Matter of George P. Keyloun et al., Appellants, v Incorporated Village of Bellerose et al., Respondents. [643

NYS2d 1013]

The Supreme Court properly found that the determination was rational *(see, Matter of Meola v Assessor of Town of Colonie,* 207 AD2d 593, 594; *Matter of Bellomo v Board of Assessment Review,* 185 AD2d 574). Balletta, J. P., Rosenblatt, Thompson and Copertino, JJ., concur.